# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 20, 2020

## NO. 03-20-00351-CV

**C. C., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY
BEFORE JUSTICES GOODWIN, TRIANA, AND SMITH
AFFIRMED -- OPINION BY JUSTICE SMITH**

This is an appeal from the judgment signed by the trial court on June 19, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.